# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | ED CR 17-159 PA |
| Date | December 21, 2020 |

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Gabriela Garcia | Not Reported | Sue J. Bai / Shawn Andrews |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) PATRICK JOHN BACON | | X | | (1) Shaun Khojayan | | | X |

**Proceedings:** IN CHAMBERS ORDER

The Court having been advised of the death of defendant Patrick John Bacon, the status conference scheduled for December 29, 2020, at 1:30 p.m. via video conference is vacated and taken off calendar. Defendant Bacon's ex parte motion to represent himself and relieve counsel is denied as moot.

IT IS SO ORDERED.