NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal. Bar No. 319565)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6104
     Facsimile: (213) 894-3713
     E-mail:    shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-159-PA-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE AS TO DEFENDANT PATRICK JOHN BACON PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| PATRICK JOHN BACON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Shawn T. Andrews, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal

//
//
//
//

Procedure to dismiss the indictment charging defendant Patrick John Bacon with assault with a dangerous weapon with the intent to do bodily harm (18 U.S.C. § 113(a)(3)) and assault resulting in serious bodily injury (18 U.S.C. § 113(a)(6)), with prejudice in the above-captioned matter.

On Monday, December 21, 2020, Federal Bureau of Prisons Counsel at United States Penitentiary Thomson in Thomson, Illinois informed the government that Mr. Bacon passed away. In light of Mr. Bacon's death, the government is required to move to abate the prosecution, vacate Mr. Bacon's conviction, and dismiss the indictment as to Mr. Bacon alone. See United States v. Rich, 603 F.3d 722, 724 (9th Cir. 2010).

Dated: December 29, 2020    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

    /s/
SHAWN T. ANDREWS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA