NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal. Bar No. 319565)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6104
    Facsimile: (213) 894-3713
    E-mail:   shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PATRICK JOHN BACON,<br><br>        Defendant. | No. CR 17-159-PA-1<br><br>ORDER DISMISSING THE INDICTMENT WITH PREJUDICE AS TO DEFENDANT PATRICK JOHN BACON |

    Upon application of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby ORDERS that the indictment in the above-captioned matter

//

//

//

is hereby DISMISSED with prejudice with respect to defendant Patrick John Bacon.

IT IS SO ORDERED.

December 29, 2020
DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SHAWN T. ANDREWS
Assistant United States Attorney